## WILLINGHAM SASH & DOOR COMPANY v. DREW.

1. Where one undertakes to perform for another service or labor for a given sum any amount paid in excess of that sum, not based upon a new consideration, is a mere gratuity.
2. A employed B to build a house for the sum of $1,400. A paid the $1,400 before the completion of the house; and it becoming apparent that B would be unable to comply with the contract without suffering loss, B was told by A to estimate what sum would be necessary to complete the building, and upon being informed that $350 would be required, B was told to complete the building and this amount would be paid in addition. Under this latter arrangement B was to do only what was contemplated by the original contract. After the $1,400 had been paid and before the payment of the $350, A was served with a summons of garnishment in a suit against B, and judgment was rendered in favor of the garnishee. *Held:* (1) That the agreement to pay the additional sum of $350 was a nudum pactum. (2) That at the time of the service of the summons of garnishment the relation of debtor and creditor did not exist between A and B.

Argued June 11, — Decided June 27, 1903.

Garnishment.   Before Judge Roberts.   Irwin superior court.
September 2, 1902.

*L. Kennedy, H. Lawson,* and *E. Cutts,* for plaintiff.
*D. B. Jay,* for defendant.

COBB, J.  The facts of this case sufficiently appear from the second headnote.   The case is controlled by the principle laid down in the case of *Davis & Company* v. *Morgan,* 117 *Ga.* 505.

Judgment affirmed.   All the Justices concur.